An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

LILLIAN GONZALEZ,
Appellant,
vs.
CITY OF NORTH LAS VEGAS,
Respondent.

No. 63061

**FILED**

MAY 1 0 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK



## ORDER DISMISSING APPEAL

This is a proper person appeal from an order denying an appeal from a municipal court conviction. Eighth Judicial District Court, Clark County; Rob Bare, Judge.

The State has filed a motion to dismiss the appeal for lack of jurisdiction. Good cause appearing, we grant the motion. Appellant's case arose in the municipal court. The district court has final appellate jurisdiction over a case arising in the municipal court. Nev. Const. art. 6, § 6; *Tripp v. City of Sparks*, 92 Nev. 362, 550 P.2d 419 (1976); NRS 5.073(1); NRS 266.565(1); NRS 266.595. Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

13-13820

cc:    Hon. Rob Bare, District Judge
Lillian Gonzalez
Attorney General/Carson City
North Las Vegas City Attorney
Eighth District Court Clerk